UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAIM S. SETAREH, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 2:23-cv-01603-JAK-AGR<br><br>**ORDER RE JOINT STIPULATION AND SCHEDULING ORDER (DKT. 18)** |

Based on a review of the parties' Joint Stipulation and [Proposed] Scheduling Order (Dkt. 18, the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED-IN-PART**. The hearing on Defendant's Motion to Dismiss Portions of Plaintiff's Complaint (Dkt. 10, the "Motion to Dismiss") is taken off calendar, and the briefing deadlines are vacated. If Plaintiff's Motion for Remand (Dkt. 12) is denied, a hearing date and briefing schedule on the Motion to Dismiss will be reset.

**IT IS SO ORDERED.**

DATED: May 17, 2023

_____
John A. Kronstadt
United States District Judge